474 A.2d 690

Commonwealth v. Hughey, Appellant.

Submitted October 14, 1983. Alphonse P. Lepore, Jr., Assistant Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment of sentence affirmed.

474 A.2d 690

Commonwealth v. Locust, Appellant.

Submitted February 3, 1984. Robert J. Dixon, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.